IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEBRA AND LEON ROUECHE | ) | |
| | ) | Civil Action File No.: |
| Plaintiffs, | ) | 1:08-CV-3157-CC |
| | ) | |
| v. | ) | *[From Gwinnett County State* |
| | ) | *Court Civil Action File No.* |
| | ) | *08-C-15017-6]* |
| PRG PARKING MANAGEMENT, L.L.C.; | ) | |
| PRG PARKING ATLANTA, L.L.C; and | ) | |
| PRG PARKING PARK ATLANTA, L.L.C. | ) | |
| d/b/a THE PARKING SPOT AND THE | ) | |
| PARKING SPOT 2 | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## RULE 26.3 CERTIFICATE OF SERVICE OF DISCOVERY MATERIAL

COME NOW Defendants Parking Management, L.L.C., PRG Parking Atlanta, L.L.C., and PRG Parking Park Atlanta, L.L.C. (improperly identified as PRG Parking Park Atlanta, L.L.C. d/b/a The Parking Spot and The Parking Spot 2) (all Defendants hereinafter collectively referred to as "Defendants") and pursuant to Rule 26.3 of the Local Rules of the United States District Court, Northern District of Georgia, and provide notice that counsel of Plaintiffs were served with the following:

1. Defendants' Objections and Answers to Plaintiffs' First Continuing Interrogatories to Defendants; and
2. Defendants' Objections and Responses to Plaintiffs' First Request for Production of Documents to Defendants.

Respectfully submitted this the 19th day of December, 2008.

*/s/Wayne S. Melnick*
Matthew G. Moffett
Georgia Bar No. 515323
Wayne S. Melnick
Georgia Bar No. 501267
Attorneys for Defendants

**GRAY, RUST, ST. AMAND,
MOFFETT & BRIESKE, LLP**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone: (404) 870-7390
Facsimile: (404) 870-1030
Email: mmoffett@grsmb.com
wmelnick@grsmb.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEBRA AND LEON ROUECHE | ) | |
| | ) | Civil Action File No.: |
| Plaintiffs, | ) | 1:08-CV-3157-CC |
| | ) | |
| v. | ) | *[From Gwinnett County State* |
| | ) | *Court Civil Action File No.* |
| | ) | *08-C-15017-6]* |
| PRG PARKING MANAGEMENT, L.L.C.; | ) | |
| PRG PARKING ATLANTA, L.L.C; and | ) | |
| PRG PARKING PARK ATLANTA, L.L.C. | ) | |
| d/b/a THE PARKING SPOT AND THE | ) | |
| PARKING SPOT 2 | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the ***RULE 26.3 CERTIFICATE OF SERVICE OF DISCOVERY*** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Boyd B. Newton, Esq.
Email:  boyd@personsnewton.com

Respectfully submitted this the 19th day of December, 2008.

*/s/Wayne S. Melnick*
Matthew G. Moffett
Georgia Bar No. 515323
Wayne S. Melnick
Georgia Bar No. 501267
Attorneys for Defendants

**GRAY, RUST, ST. AMAND,
MOFFETT & BRIESKE, LLP**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
Telephone:  (404) 870-7390
Facsimile:  (404) 870-1030
Email:  mmoffett@grsmb.com
 wmelnick@grsmb.com